O

 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA ex    ) Case No. CV 12-03624 DDP (RZx)
    rel BRIAN HASTINGS,            )
12                                 ) **ORDER DENYING EX PARTE**
              Plaintiff,           ) **APPLICATION FOR ORDER TO CONTINUE**
13                                 ) **SEAL**
         v.                        )
14                                 ) [Dkt. No. 20]
    WELLS FARGO BANK, NATIONAL     )
15  ASSOCIATION (INC.),            )
    individually as s/b/m with     )
16  WELLS FARGO HOME MORTGAGE,     )
    INC.; COUNTRYWIDE HOME         )
17  LOANS, INC.; COUNTRYWIDE       )
    HOME LOANS SERVICING, LP       )
18  n/k/a BAC HOME LOANS           )
    SERVICING, LP; BANK OF         )
19  AMERICA CORPORATION;           )
    JPMORGAN CHASE BANK,           )
20  NATIONAL ASSOCIATION, which    )
    acquired and is a s/b/, with   )
21  CHASE HOME FINANCE,LLC s/b/m   )
    with CHASE MANHATTAN           )
22  MORTGAGE CORP.; JPMORGAN       )
    CHASE BANK n/k/a JPMORGAN      )
23  CHASE BANK, NATIONAL           )
    ASSOCIATION, which acquired    )
24  and is a s/b/m with            )
    WASHINGTON MUTUAL BANK, FA;    )
25  SUNTRUST MORTGAGE, INC.;       )
    FIRST TENNESSEE BANK           )
26  NATIONAL ASSOCIATION (IN.),    )
    which acquired and is a        )
27  s/b/m with FIRST HORIZON       )
    HOME LOAN CORPORATION,         )
28                                 )
              Defendants.          )
    _____    )

Presently before the court is qui tam Plaintiff Brian Hasting's Ex Parte Application for Order to Continue Seal with Partial Lifting.  The court does not dispute qui tam Plaintiff's right to pursue the action or to negotiate a settlement but finds that Plaintiff has not demonstrated good cause to reseal the complaint.  The sole reason Plaintiff has offered for resealing the complaint is that it will facilitate settlement negotiations.  This alone does not outweigh the public interest in having access to complaints filed in federal court. For this reason, the application is DENIED.

IT IS SO ORDERED.


Dated: January 23, 2013

DEAN D. PREGERSON
United States District Judge

2